WEEKS-THORNE PAPER COMPANY, Appellant, *v.* THE CITY OF SYRACUSE et al., Respondents.

*Weeks-Thorne Paper Co. v. City of Syracuse*, 139 App. Div. 853, affirmed.

(Argued December 8, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by a riparian owner to restrain defendants from diverting water from Skaneateles lake.

*George Barrow* for appellant.

*Walter W. Magee* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.